UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV00160 MLM |
| | ) | |
| TIMOTHY WILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's "omnibus motion" [#6] is **DENIED** as moot.

So Ordered this 9th Day of July, 2009.

*E. Richard Webber*
_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE